39 So.2d 60

**Oliver SIMPSON v. STATE.**
**8 Div. 733.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 61

**Oliver SIMPSON v. STATE.**
**8 Div. 734.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 61

**Oliver SIMPSON v. STATE.**
**8 Div. 735.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 61

**Oliver SIMPSON v. STATE.**
**8 Div. 736.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 925

**William Sidney SIMPSON v. STATE.**
**6 Div. 741.**

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

42 So.2d 848

**Emmett SINGLETON v. STATE.**
**4 Div. 128.**

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.